**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK LETELL ADAMS,

    Plaintiff,

  v.

RONALD ALBERTSON, individually in his official capacity as a San Carlos Police Sergeant, MICHAEL ANDERSON, individually in his official capacity as a San Carlos Police Officer, JUSTIN COUNCIL, individually in his official capacity as a San Carlos Police Officer, EVELINA BOZEK, individually in her official capacity as Deputy District Attorney of San Mateo County, STEPHEN HALL, individually in his capacity as the Presiding Superior Court Judge of San Mateo County, LINDA NOESKE, individually in her official capacity as Deputy City Attorney of City of San Carlos, and DOES 1–100, CITY OF SAN CARLOS, COUNTY OF SAN MATEO,

    Defendants.
                                           /

No. C 10-04787 WHA

**ORDER DENYING DEFENDANT'S MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**

      In the long run, it will save time to hold both the hearing on defendants' motions to dismiss and the case management conference at the same time and will take very little extra time to do so. Therefore, the motion to continue the case management conference is **DENIED**. The case management conference shall immediately follow the hearing.

      **IT IS SO ORDERED.**

Dated: December 29, 2010.

                                                 WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE