IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK LETELL ADAMS,

    Plaintiff,

  v.

RONALD ALBERTSON, *et al.*,

    Defendant.

                        /

No. C 10-04787 WHA

**ORDER RE BRIEFING**

      Four motions filed by defendants in this action — three motions to dismiss and one motion to strike — are set for hearing on February 3, 2011. The deadline for plaintiff (who is proceeding *pro se*) to file an opposition or statement of non-opposition to each of these motions was January 13. No opposition was timely filed. The deadline for movants to file replies in support of the motions was January 20.

      On January 21 — after both the opposition and the reply deadlines had passed — plaintiff filed briefs opposing these motions. Because of plaintiff's untimely filing of his oppositions, movants may file reply briefs addressing points raised in plaintiff's opposition briefs by **5:00 P.M ON JANUARY 26, 2011**. The hearing on the motions remains set for February 3.

**IT IS SO ORDERED.**

Dated: January 21, 2011.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE