IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK LETELL ADAMS,

    Plaintiff,

  v.

RONALD ALBERTSON, *et. al.*,

    Defendants.

                                                       /

No. C 10-04787 WHA

**ORDER REQUESTING FURTHER BRIEFING**

Having considered the briefs and arguments on the pending motions to dismiss, all parties are invited to brief the following preliminary jurisdictional question. The *Rooker-Feldman* doctrine requires district courts to dismiss any complaint that is a *de facto* appeal from a state court decision. *Dist. of Columbia Court of Appeals v. Feldman*, 460 U.S. 462 (1983); *Rooker v. Fidelity Trust Co.*, 263 U.S. 413 (1923). Plaintiff has recourse in the state court system for at least some of the grievances that form the basis of his complaint. Please address whether and to what extent the *Rooker-Feldman* doctrine applies to plaintiff's claims for relief such that this district court lacks subject-matter jurisdiction over all or some of the action.

Each party may submit a brief not to exceed ten pages. All briefs must be filed by **NOON ON FEBRUARY 10, 2011**.

**IT IS SO ORDERED.**

Dated: February 3, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE