1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   MARK LETELL ADAMS,                          No. C 10-04787 WHA

11          Plaintiff,

12     v.                                        **ORDER SETTING HEARING
                                                 ON PLAINTIFF'S MOTION**
13   RONALD ALBERTSON, *et al.*,                 **FOR LEAVE TO AMEND**

14          Defendants.

15   _____/

16          On March 31, plaintiff timely filed a motion for leave to file a second amended complaint

17   (Dkt. No. 84).  Plaintiff, however, did not notice a date for his motion to be heard.  A hearing on

18   the motion is SET for **2:00 P.M. ON MAY 5, 2011**.  The normal briefing deadlines will apply.

19

20          **IT IS SO ORDERED.**

21

22   Dated:  April 4, 2011.

23                                               WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE
24

25

26

27

28

*United States District Court*
For the Northern District of California