IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK LETELL ADAMS,

    Plaintiff,

  v.

RONALD ALBERTSON, *et al.*,

    Defendants.

 /

No. C 10-04787 WHA

**ORDER SETTING HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND**

On March 31, plaintiff timely filed a motion for leave to file a second amended complaint (Dkt. No. 84). Plaintiff, however, did not properly notice a date for his motion to be heard on the 35-day track. A hearing on the motion is **SET** for **2:00 P.M. ON MAY 5, 2011**. The normal briefing deadlines will apply. The hearing previously scheduled for April 28, 2011, is **VACATED**.

**IT IS SO ORDERED.**

Dated: April 4, 2011.

                        WILLIAM ALSUP
                        UNITED STATES DISTRICT JUDGE