United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK LETELL ADAMS,<br><br>Plaintiff,<br><br>v.<br><br>RONALD ALBERTSON individually in his official capacity as a former San Carlos Police Sergeant, MICHAEL ANDERSON individually in his official capacity as a former San Carlos Police Officer, JUSTIN COUNCIL individually in his official capacity as a former San Carlos Police Officer, GREG ROTHAUS individually in his official capacity as a former San Carlos Police Chief, CITY OF SAN CARLOS, CITY OF SAN CARLOS POLICE DEPARTMENT, and DOES 1-100,<br><br>Defendants.<br>_____/ | No. C 10-04787 WHA<br><br>**ORDER REFERRING ALL DISCOVERY DISPUTES FOR ASSIGNMENT TO A MAGISTRATE JUDGE** |

Plaintiff's October 21 discovery dispute letter brief is acknowledged (Dkt. No. 111). The discovery dispute raised therein and all future discovery disputes in this action are hereby referred to the Clerk for random assignment to a magistrate judge, who shall also resolve all future discovery disputes as well.

The non-expert discovery cut-off date is November 30, 2011. A jury trial is scheduled to begin on March 5, 2012 (Dkt. No 67). The parties must be mindful of these deadlines. The parties bear the burden of bringing all discovery disputes to the magistrate judge's attention in a

timely manner, such that the disputes can be settled and discovery can be completed before November 30. The magistrate judge is requested to assist the Court in adhering to the case management schedule by issuing timely rulings on the parties' discovery disputes.

**IT IS SO ORDERED.**

Dated: October 24, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE