IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK LETELL ADAMS,

    Plaintiff,

v.

RONALD ALBERTSON individually in his official capacity as a former San Carlos Police Sergeant, MICHAEL ANDERSON individually in his official capacity as a former San Carlos Police Officer, JUSTIN COUNCIL individually in his official capacity as a former San Carlos Police Officer, GREG ROTHAUS individually in his official capacity as a former San Carlos Police Chief, CITY OF SAN CARLOS, CITY OF SAN CARLOS POLICE DEPARTMENT, and DOES 1-100,

    Defendants.
                                              /

No. C 10-04787 WHA

**ORDER REGARDING MOTION PRACTICE**

      A large-scale criminal trial before the undersigned judge is underway and is expected to last several months. Because this trial consumes an unusual amount of time and resources, motions in civil cases will be considered and heard only on a selective basis. Except for discovery disputes, no motions may be filed in this action without prior written approval. A party seeking approval to file a motion must file a précis that summarizes the essence of the motion and explains its urgency. Any party opposing approval to file based on the précis may file an opposition by noon on the second business day following the day on which the précis was filed. Both the précis and the opposition must be five double-spaced pages or shorter and may

1 not contain footnotes or attachments.  After considering the précis and the opposition (if any),
2 the Court will either grant or deny leave to file the motion.  If leave is granted, a briefing
3 schedule and hearing date will be set.

**IT IS SO ORDERED.**

Dated:  October 24, 2011.


WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2