# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK LETELL ADAMS | No. C 10-4787 WHA (MEJ) |
| Plaintiff, | **ORDER RE DISCOVERY DISPUTES** |
| v. | **Docket Nos. 119, 120** |
| RONALD ALBERTSON, et al., | |
| Defendants. | |

The Court is in receipt of two discovery dispute letters, filed on November 4, 2011. Dkt. Nos. 119, 120. Upon review of the parties' letters, the Court ORDERS as follows:

1) Defendants are permitted to go forward with the deposition of Teresa Adams. The marital privilege must be narrowly construed because it obstructs the truth seeking process. *United States v. White*, 974 F.2d 1135, 1138 (9th Cir. 1992). The privilege is waived where, as here, a third party is present or where one spouse is the victim of the other spouse's criminal act. *United States v. Marashi*, 913 F.2d 724, 730 (9th Cir. 1980).

2) Third parties Apple, Inc., Philip Takakjian, Ph.D, Palo Alto Medical Foundation, and Sequoia Hospital shall comply with Defendants' subpoenas by November 15, 2011.

**IT IS SO ORDERED**

Dated: November 7, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge