TODD H. MASTER, ESQ. [SBN. 185881]
tmaster@hrmrlaw.com
HOWARD ROME MARTIN & RIDLEY LLP
1775 Woodside Road, Suite 200
Redwood City, CA 94061
Telephone: (650) 365-7715
Facsimile: (650) 364-5297

Attorneys for Defendants
RONALD ALBERTSON, MICHAEL ANDERSON,
JUSTIN COUNCIL, GREGORY ROTHAUS, and CITY OF SAN CARLOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK LETELL ADAMS,<br><br>Plaintiff,<br><br>vs.<br><br>RONALD ALBERTSON, et al.,<br><br>Defendants. | Case No. CV 10 4787 WHA (NC)<br><br>DEFENDANTS' REQUEST THAT INDIVIDUAL DEFENDANTS BE EXCUSED FROM PERSONAL ATTENDANCE AT SETTLEMENT CONFERENCE AND [PROPOSED] ORDER |

This matter is currently scheduled for a settlement conference on November 15, 2011 at 9:30 a.m. before Magistrate Judge Nathanael Cousins. Defendants are represented by the undersigned. Plaintiff is representing himself.

Defendant CITY OF SAN CARLOS respectfully requests that defendants RONALD ALBERTSON, MICHAEL ANDERSON, JUSTIN COUNCIL, and GREG ROTHAUS be excused from attending the settlement conference in person. As of November 1, 2011, the City contracted with San Mateo County for police services and each of the individuals named above became

---

employees of the San Mateo County Sheriff's Office. The City no longer has its own police department. While the individual defendants were employees of the City at all times relevant to the issues in the litigation, they are no longer employees of the City. The absence of these individual defendants at the settlement conference will not impair the City's ability to discuss or resolve the case and will not impair the Court's ability to understand the issues. In fact, as the Court will see, the entire contact that is at issue in this case (plaintiff's April 23, 2010 arrest for domestic violence) was captured on audio tape, which defendants will gladly provide the Court in advance of the conference.

In addition to the undersigned, City Attorney Greg Rubens and a representative from the City's joint liability pool will be in attendance.

Date: November 4, 2011                HOWARD ROME MARTIN & RIDLEY LLP


By: /s/ Todd H. Master
    Todd H. Master
    Attorneys for Defendants


## ORDER

Pursuant to the above facts, it is hereby ordered that Defendants RONALD ALBERTSON, MICHAEL ANDERSON, JUSTIN COUNCIL, and GREG ROTHAUS are excused from personally attending the settlement conference on November 15, 2011.

Date: November 7, 2011       By: _____
                                 Magistrate Judge Nathanael Cousins

---

DEFENDANTS' REQUEST THAT INDIVIDUAL DEFENDANTS BE EXCUSED FROM PERSONAL ATTENDANCE AT SETTLEMENT CONFERENCE AND PROPOSED ORDER; Case No. CV 10 4787 WHA (NC)

2