UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK LETELL ADAMS<br><br>               Plaintiff,<br>  v.<br>RONALD ALBERTSON, et al.,<br><br>               Defendants.<br>_____/ | No. C 10-4787 WHA (MEJ)<br><br>**ORDER RE PLAINTIFF'S OBJECTION TO 11/7/2011 DISCOVERY ORDER**<br><br>**Docket No. 124** |

The Court is in receipt of Plaintiff's Objection to the Court's November 7, 2011 Discovery Order, in which it permitted Defendants to go forward with the deposition of Teresa Adams and ordered third parties Apple, Inc., Philip Takakjian, Ph.D, Palo Alto Medical Foundation, and Sequoia Hospital to comply with Defendants' subpoenas by November 15, 2011. Dkt Nos. 122, 123. Pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Civil Local Rule 72-2, the proper course for Plaintiff in objecting to a discovery order from the undersigned is to file a "Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge" before the presiding judge in this matter. Accordingly, Plaintiff's objection shall not be considered by the undersigned, and Plaintiff should submit any objections to the presiding judge, William H. Alsup.

**IT IS SO ORDERED**

Dated: November 9, 2011

                                                            _____
                                                            Maria-Elena James
                                                            Chief United States Magistrate Judge