UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK LETELL ADAMS<br><br>　　　　Plaintiff,<br>　v.<br>RONALD ALBERTSON, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 10-4787 WHA (MEJ)<br><br>**ORDER RE SAN CARLOS ELEMENTARY SCHOOL DISTRICT SUBPOENA**<br><br>**Docket No. 127** |

The Court is in receipt of a letter from the San Carlos Elementary School District regarding a Deposition notice served on it by Plaintiff Mark Adams, noticing deposition and production of documents for the District on November 18, 2011. Dkt. No. 127. Upon review of the District's letter, the Court hereby ORDERS as follows:

1) The District and Mark Adams shall meet and confer in person by November 28, 2011. The District shall provide Mr. Adams with three available dates and times for the meet and confer by November 15, 2011, and Mr. Adams shall thereafter confirm his availability for one of the three dates by November 17, 2011. The parties shall meet and confer and then file a joint letter in compliance with the undersigned's discovery standing order.

2) The District need not comply with the November 18, 2011 production date. If the Court later finds that the District must comply with Plaintiff's subpoena, it shall set a new deadline.

**IT IS SO ORDERED**

Dated: November 14, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge