IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK LETELL ADAMS,<br><br>    Plaintiff,<br><br>  v.<br><br>RONALD ALBERTSON individually in his official capacity as a former San Carlos Police Sergeant, MICHAEL ANDERSON individually in his official capacity as a former San Carlos Police Officer, JUSTIN COUNCIL individually in his official capacity as a former San Carlos Police Officer, GREG ROTHAUS individually in his official capacity as a former San Carlos Police Chief, CITY OF SAN CARLOS, CITY OF SAN CARLOS POLICE DEPARTMENT, and DOES 1–100,<br><br>    Defendants.<br>                                                        / | No. C 10-04787 WHA<br><br>**ORDER DENYING PRÉCIS REQUEST** |

Plaintiff Mark Adams' précis request to file a motion to extend discovery is premature and **DENIED** without prejudice to renew after Magistrate Judge Maria-Elena James rules on the pending discovery disputes.

The parties shall provide a copy of this order to Magistrate Judge James and ask for her recommendation as to whether discovery should be extended.

**IT IS SO ORDERED.**

Dated: December 1, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE