UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK LETELL ADAMS | No. C 10-4787 WHA (MEJ) |
|           Plaintiff,<br>  v.<br>RONALD ALBERTSON, et al.,<br>          Defendants.<br>_____/ | **ORDER RE PENDING DISCOVERY DISPUTES** |

      The parties in this case have recently filed several discovery dispute letters. However, chambers copies have not been received and it appears that one, if not more, of the disputes have been settled. Accordingly, the Court ORDERS the parties to provide a joint report by December 7, 2011, that states, by docket number, which discovery disputes remain pending before the undersigned. The parties shall also provide chambers copies of the report and any pending disputes already filed. **ALL CHAMBERS COPIES OF ELECTRONICALLY FILED DOCUMENTS MUST INCLUDE (1) ON EACH PAGE THE RUNNING HEADER CREATED BY THE ECF SYSTEM, AND (2) ALL EXHIBITS WITH LABELED TAB DIVIDERS.**

      **IT IS SO ORDERED**

Dated: December 1, 2011

                                            _____<br>                                            Maria-Elena James<br>                                            Chief United States Magistrate Judge