1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**NORTHERN DISTRICT OF CALIFORNIA**

8

**SAN FRANCISCO DIVISION**

9

10

MARK LETELL ADAMS,

Case No. 10-cv-04787 WHA (MEJ)

Plaintiff,

11

**ORDER RE: FURTHER
SETTLEMENT CONFERENCE**

v.

12

13

RONALD ALBERTSON and others,

Defendants.

14

15

16        Plaintiff Mark Adams today submitted by email to this Court an un-filed "Stipulation of

17    Facts; Proposal for Orders."  The email included the text of what appear to be numerous emails

18    between the parties concerning various discovery disputes in the case.  Confirming what District

19    Court Judge Alsup and Magistrate Judge James have recently ordered, all discovery disputes in

20    this case should be directed to Magistrate Judge James.  *See* Dkt. No. 140.  This Court will not

21    address the discovery disputes raised in the emails.  This Court should not be copied on any

22    future discovery disputes in this case.

23        The Court will conduct a further telephonic settlement conference call with Mr. Adams

24    at 10:30 a.m. on December 5, 2011.  Mr. Adams must contact the Courtroom Deputy at

25    415.522.2039 to confirm his participation in the conference.  No party may submit any further

26    settlement conference materials without leave of this Court.

27    //

28    //

Case No. 10-cv-04787 WHA (MEJ)
ORDER

1    IT IS SO ORDERED.

2

3    DATED: December 1, 2011

4    _____
     NATHANAEL M. COUSINS
     United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28