UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK LETELL ADAMS | No. C 10-4787 WHA (MEJ) |
|            Plaintiff,<br>  v. | **ORDER RE: DEPOSITION SUBPOENA** |
| RONALD ALBERTSON, et al., | **Re: Docket No. 143** |
|            Defendants. | |

The Court is in receipt of a joint discovery dispute letter from Plaintiff Mark Adams and Defendant City of San Carlos regarding the deposition of City Council member Matt Grocott. Dkt. No. 143. For the reasons argued by Defendants in the letter, including Plaintiff's failure to address Defendants' objections prior to or during the deposition, the Court hereby DENIES Plaintiff's request. Plaintiff's request for a telephonic conference (Dkt. No. 146) is denied as moot.

**IT IS SO ORDERED**

Dated: December 12, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge