IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK LETELL ADAMS,<br><br>Plaintiff,<br><br>v.<br><br>RONALD ALBERTSON individually in his official capacity as a former San Carlos Police Sergeant, MICHAEL ANDERSON individually in his official capacity as a former San Carlos Police Officer, JUSTIN COUNCIL individually in his official capacity as a former San Carlos Police Officer, GREG ROTHAUS individually in his official capacity as a former San Carlos Police Chief, CITY OF SAN CARLOS, CITY OF SAN CARLOS POLICE DEPARTMENT, and DOES 1–10,<br><br>Defendants.<br>_____/ | No. C 10-04787 WHA<br><br>**SUPPLEMENTAL ORDER REGARDING PRÉCIS REQUESTS** |

Defendants requested leave to file a motion for summary judgment on qualified immunity (Dkt. No. 147). Plaintiff timely filed an opposition and requested leave to file a motion for continuance (Dkt. No. 150). Having reviewed both submissions, the defendants' request to file a motion for summary judgment remains **GRANTED**. Defendants shall file a response to plaintiff's request to file a motion for continuance.

**IT IS SO ORDERED.**

Dated: December 15, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE