IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK LETELL ADAMS,<br><br>    Plaintiff,<br><br>  v.<br><br>RONALD ALBERTSON individually in his official capacity as a former San Carlos Police Sergeant, MICHAEL ANDERSON individually in his official capacity as a former San Carlos Police Officer, JUSTIN COUNCIL individually in his official capacity as a former San Carlos Police Officer, GREG ROTHAUS individually in his official capacity as a former San Carlos Police Chief, CITY OF SAN CARLOS, CITY OF SAN CARLOS POLICE DEPARTMENT, and DOES 1–100,<br><br>    Defendants.<br>                                        / | No. C 10-04787 WHA<br><br>**ORDER GRANTING PRÉCIS TO FILE MOTION FOR SUMMARY JUDGMENT** |

Plaintiff requests leave to file a motion for partial summary judgment (Dkt. No. 153). Defendants have not filed an opposition. Having reviewed plaintiff's submission, his request is **GRANTED.**

**IT IS SO ORDERED.**

Dated: December 21, 2011.

                                                      WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE