IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK LETELL ADAMS, | |
|     Plaintiff, | No. C 10-04787 WHA |
|   v. | |
| RONALD ALBERTSON individually in his official capacity as a former San Carlos Police Sergeant, MICHAEL ANDERSON individually in his official capacity as a former San Carlos Police Officer, JUSTIN COUNCIL individually in his official capacity as a former San Carlos Police Officer, GREG ROTHAUS individually in his official capacity as a former San Carlos Police Chief, CITY OF SAN CARLOS, CITY OF SAN CARLOS POLICE DEPARTMENT, and DOES 1–100, | **ORDER DENYING SECOND PRÉCIS REQUEST FOR CONTINUANCE** |
|     Defendant. / | |

Plaintiff Mark Adams submits a *second* précis request to file a motion for continuance after a prior order denied his first request earlier that day (Dkt. No. 155). There are no new material facts in his second request that would change the reasoning behind the earlier denial (Dkt. No. 154). The request to file a motion for continuance is **DENIED**.

**IT IS SO ORDERED.**

Dated: December 27, 2011.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE