IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK LETELL ADAMS,<br><br>    Plaintiff,<br><br>  v.<br><br>RONALD ALBERTSON individually in his official capacity as a former San Carlos Police Sergeant, MICHAEL ANDERSON individually in his official capacity as a former San Carlos Police Officer, JUSTIN COUNCIL individually in his official capacity as a former San Carlos Police Officer, GREG ROTHAUS individually in his official capacity as a former San Carlos Police Chief, CITY OF SAN CARLOS, CITY OF SAN CARLOS POLICE DEPARTMENT, and DOES 1–100,<br><br>    Defendants.<br>                                            / | No. C 10-04787 WHA<br><br>**NOTIFICATION OF POTENTIAL RESCHEDULING** |

    There is a reasonable possibility that the Court will be dark on Thursday, February 9, and the hearing will have be rescheduled. The Court will not know for sure until Tuesday, February 7. If this puts out-of-state counsel in a quandary, please promptly notify the Court.

    **IT IS SO ORDERED.**

Dated: February 3, 2012.

                                                  WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE