IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK LETELL ADAMS,

    Plaintiff,

  v.

RONALD ALBERTSON, et al.,

    Defendants.

No. C 10-04787 WHA

**NOTICE CONFIRMING FEBRUARY 9 HEARING DATE**

The hearing scheduled for February 9 is confirmed and will not be rescheduled.

**IT IS SO ORDERED.**

Dated: February 6, 2012.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE