IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK ADAMS,

    Plaintiff,

  v.

RONALD ALBERTSON, *et al.*,

    Defendants.

No. C 10-04787 WHA

**ORDER REFERRING MOTION FOR JUDICIAL RECUSAL**

    Plaintiff has filed a motion for judicial recusal pursuant to 28 U.S.C. 144 and 455. In accordance with Section 144, the motion shall be heard by another judge. The **CLERK** shall randomly reassign the motion for recusal to be heard by another judge. The pending motion for reconsideration and motion for sanctions will be **HELD IN ABEYANCE**. The hearing scheduled for March 29 is **VACATED**.

    **IT IS SO ORDERED.**

Dated: March 19, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE