**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK ADAMS,

    Plaintiff,

  v.

RONALD ALBERTSON, et al.,

    Defendant.
    /

No. C 10-04787 WHA

**ORDER FOR PARTIES TO RE-NOTICE MOTIONS**

    Judge Yvonne Gonzalez Rogers recently denied plaintiff's motion to disqualify. The parties shall re-notice their motions to alter judgment and sanctions on a 35-day calendar (Dkt. Nos. 214, 217).

    **IT IS SO ORDERED.**

Dated: April 16, 2012.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE