United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK ADAMS,

    Plaintiff,

  v.

RONALD ALBERTSON, et al.,

    Defendant.
                          /

No. C 10-04787 WHA

**ORDER GRANTING PLAINTIFF'S MOTION TO FILE UNDER SEAL**

    Plaintiff's motion to file under seal is **GRANTED**. The documents lodged contain sensitive information, including names and pictures of minors. Plaintiff shall file the documents under seal.

    **IT IS SO ORDERED.**

Dated: April 26, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE